# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1390
Lower Tribunal No. 2017-CA-001259-O

_____

CALYTRIX TECHNOLOGIES, PTY LTD.,

Appellant,

v.

CALYTRIX TECHNOLOGIES, INC., BOHEMIA INTERACTIVE SIMULATIONS, INC., PETER MORRISON and MARK DZULKO,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
John E. Jordan, Judge.

July 23, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and SMITH, JJ., concur.


Tucker H. Byrd, Scottie N. McPherson, and Andrew Domingoes, of Byrd Campbell, P.A., Winter Park, for Appellant.

Steven I. Peretz, Michael B. Chesal, and Albert A. Alvarez, of Peretz, Chesal & Herrmann, PL, Miami, and Joel S. Perwin, of Joel S. Perwin, P.A., Miami Beach, for Appellee Bohemia Interactive Simulations, Inc.

No Appearance for Appellees Calytrix Technologies, Inc., Peter Morrison, or Mark Dzulko.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED